[No. 57572-4-I. Division One. July 23, 2007.]

THE CITY OF BLAINE, *Respondent*, v. FREDA FELDSTEIN ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 04-2-02099-5, Steven J. Mura, J., entered
December 9, 2005. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Grosse and Dwyer, JJ.

[No. 57625-9-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RICHARD
BEASLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 04-1-02113-2, Ronald L. Castleberry, J.,
entered January 6, 2006. *Affirmed* by unpublished per
curiam opinion.

[No. 57656-9-I. Division One. July 23, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DENNIS
DODD, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 05-1-00813-4, Ronald L. Castleberry, J.,
entered January 9, 2006. *Affirmed* by unpublished opinion
per Cox, J., concurred in by Baker and Agid, JJ.

[No. 57745-0-I. Division One. July 23, 2007.]

DAVID D. KRIEL, *Appellant*, v. CRAIG LEE ET AL., *Defendants*,
DONOVAN BROTHERS, INC., ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King
County, No. 01-2-06470-3, Mary Yu, J., entered December
20, 2005 and January 18, 2006. *Affirmed* by unpublished
per curiam opinion.